UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROBERT EVERHART, *et al.*,

      Defendants.

Case No. 3:26-cr-52

District Judge Michael J. Newman

---

### ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL THE CASE (Doc. No. 19); AND (2) INSTRUCTING THE CLERK OF COURT TO UNSEAL THE CASE FROM THE INDICTMENT (Doc. No. 5) FORWARD

---

In the absence of a memorandum in opposition, or other response, by Defendant, the Court

**GRANTS** the Government's motion to unseal this case from the Indictment forward.  Doc. No.

19.  The Clerk of Court is **INSTRUCTED** to unseal the case from the Indictment (Doc. No. 5)

forward.  This Order does not preclude a party, in the future, from seeking leave of Court to file a

document under seal.

      **IT IS SO ORDERED.**

July 13, 2026                                 s/*Michael J. Newman*
                                              Hon. Michael J. Newman
                                              United States District Judge