UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                            Case No. 3:26-cr-52

vs.

ROBERT EVERHART, *et al.*,            District Judge Michael J. Newman

      Defendants.

---

## ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY JULY 31, 2026

---

This case is before the Court following its Order granting the Government's unopposed motion for a protective order.  Doc. No. 31.  This case is currently in need of an updated timetable and procedures for pretrial disclosure.  Accordingly, the Court **REQUIRES** the parties to file a joint status report, including: (1) a Notice identifying the current Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, a status report deadline, and a trial date, by **the close of business on July 31, 2026**.

      **IT IS SO ORDERED.**

July 24, 2026                            s/*Michael J. Newman*
                                          Hon. Michael J. Newman
                                          United States District Judge